# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT
 COUNCIL OF SOUTHERN OHIO
 & VICINITY BENEFIT TRUST, et al.,

|  |  |  |
|---|---|---|
| | : | |
| Plaintiffs, | | Case No. 3:04-cv-126 |
| | : | |
| -vs- | | Chief Magistrate Judge Michael R. Merz |
| | | |
CORNWELL STEEL ERECTION
 CORP., et al.,

|  |  |
|---|---|
| | : |
| Defendants. | |

---

## DISMISSAL ORDER

---

Any liability of the Defendant Richard Cornwell having been discharged in bankruptcy (See Order of the United States Bankruptcy Court for the Southern District of Indiana, Case No. 05-15197-AJM-7, copy attached to Doc. No. 25), all claims herein against said Defendant are dismissed with prejudice.

The Clerk shall enter final judgment dismissing the claims against Defendant Richard Cornwell with prejudice and those against Defendant Cornwell Steel Erection, Inc., with prejudice. This case is terminated on the docket of this Court.

July 11, 2006.

s/ Michael R. Merz
Chief United States Magistrate Judge

1